IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| NORMAN E. WEIRES | ) | |
| and SALLY L. WEIRES, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 111171C |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON COUNTY ASSESSOR | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon , | ) | |
| | ) | |
| Defendants. | ) | **DECISION** |

This matter is before the court on Defendant Department of Revenue's Amended Answer (Answer), filed May 24, 2012.

A case management conference was held on July 18, 2012. Plaintiffs appeared on their own behalf. Melisse S. Cunningham (Cunningham), Senior Assistant Attorney General and Kathy Stevens, Oregon Department of Revenue, appeared on behalf of Defendant Department of Revenue.

In its Answer, Defendant Department of Revenue stated that Plaintiffs have "a reverse mortgage" and "plaintiffs' home is ineligible for property tax deferral for tax year 2011/2012, because the real market value of plaintiffs' homestead entered on the 2010/2011 Jefferson County assessment and tax roll exceeded the statutory limit for deferral program eligibility." Plaintiffs did not deny that they have a reverse mortgage. Plaintiff Sally Weires stated that given the Jefferson County median real market value of $113,330, as stated in Cunningham's letter dated May 24, 2012, the real market value of their property as of January 1, 2010, was not less than that 110 percent of that value. Plaintiffs expressed their displeasure with the current law and expressed concern that the court would not consider their extenuating circumstances. The

court stated that the legislature did not give the court discretionary authority to consider an individual's personal circumstances and that the court must follow the law passed by the legislature. The court stated that it would grant Defendant Department of Revenue's request to "uphold the action of the Department of Revenue." Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is denied.

Dated this ___ day of July 2012.

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on July 19, 2012. The Court filed and entered this document on July 19, 2012.*